IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(CHARLESTON DIVISION)

| | |
|---|---|
| DOMINIC LOWE, AMANDA LOWE, CHRISTOPHER KROUSE, AND KRISTA KROUSE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLURA USA LLC, PLYCEM USA LLC D/B/A ALLURA, PLYCEM USA, INC., ELEMENTIA USA, INC., ELEMENTIA, S.A. DE C.V.,<br><br>Defendants. | Civil Action No. 2:18-cv-03160-DCN<br><br>NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE |

Phillip W. Segui, Jr., Esq., Counsel for Plaintiffs in the above-referenced civil action, respectfully requests this Honorable Court's protection from being called to hearings or other Court appearances in this civil action from March 11, 2019, through March 14, 2019, due to his plans for out-of-state travel.

                                                SEGUI LAW FIRM PC

                                                /s/Phillip W. Segui, Jr.
                                                Phillip W. Segui. Jr.
                                                Fed. ID No.: 6473
                                                864 Lowcountry Blvd., Ste. A
                                                Mount Pleasant, SC  29464
                                                (843) 884-1865
                                                Email: psegui@seguilawfirm.com

Mount Pleasant, South Carolina
February 13, 2019                                      Attorney for Plaintiffs